UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T-REX PROPERTY AB, | ) |
| | ) Case No. 1:16-CV-05667 |
| Plaintiff, | ) |
| | ) Honorable Virginia M. Kendall |
| v. | ) |
| | ) |
| ADAPTIVE MICRO SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF DAVID G. HANSON

I, David G. Hanson, declare as follows:

1. I am a shareholder with the law firm of Reinhart Boerner Van Deuren s.c. ("Reinhart"), and I have personal knowledge of the matters set forth herein.

2. I make this declaration in support of Defendant Adaptive Micro Systems, LLC's Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review of the Patents-in-Suit.

3. I have attached as **Exhibit A** a true and correct copy of BroadSign International, LLC's Petition for *Inter Partes* Review of U.S. Patent No. RE39,470 in *Broadsign Int'l, LLC v. T-Rex Prop. AB*, IPR2016-01869 (PTAB Sept. 24, 2016).

4. I have attached as **Exhibit B** a true and correct copy of BroadSign International, LLC's Petition for *Inter Partes* Review of U.S. Patent No. 7,382,334 in, *Broadsign Int'l, LLC v. T-Rex Prop. AB*, IPR2017-00006 (PTAB Oct. 6, 2016).

5. I have attached as **Exhibit C** a true and correct copy of BroadSign International, LLC's Petition for Covered Business Method Review of U.S. Patent No. 6,430,603 in, *Broadsign Int'l, LLC v. T-Rex Prop. AB*, CBM2017-00008 (PTAB Oct. 28, 2016).

35146257

6. I have attached as **Exhibit D** a true a correct copy of the Complaint in *Broadsign Int'l, LLC v. T-Rex Prop. AB*, No. 16CV4586-LTS-HBP (S.D.N.Y. June 16, 2016).

7. I have attached as **Exhibit E** a true and correct copy of the United States Patent and Trademark Office's *AIA Progress* dated July 16, 2015, downloaded on November 11, 2016 from https://www.uspto.gov/sites/default/files/documents/071615_aia_stat_graph.pdf.

8. I have attached as **Exhibit F** a true and correct copy of the United States Patent and Trademark Office's *PTAB Statistics* dated September 30, 2015, downloaded from https://www.uspto.gov/sites/default/files/documents/aia_statistics_september2016A.pdf.

9. I have attached as **Exhibit G** a true and correct copy of a decision in *Kolcraft Enters., Inc. v. Graco Children's Prods. Inc.*, No. 15-cv-7950 (N.D. Ill. Aug. 22, 2016).

10. I have attached as **Exhibit H** a true and correct copy of a decision in *Rosetta-wireless Corp. v. Apple Inc.*, No. 15 C 799 (N.D. Ill. July 20, 2016).

11. I have attached as **Exhibit I** a true and correct copy of an order in *Arch Dev. V. Genentech, Inc.*, No. 1:15-cv-06597 (N.D. Ill. Sept. 6, 2016).

12. I have attached as **Exhibit J** a true and correct copy of an order in *1474791 Ontario Ltd. V. Allergan, Inc.*, No. 1:15-cv-03372 (N.D. Ill. Dec. 18, 2015).

13. I have attached as **Exhibit K** a true and correct copy of a decision in *Oil-Dri Corp. v. Nestle Purina Petcare Co.*, No. 15-cv-1067 (N.D. Ill. May 5, 2015).

14. I have attached as **Exhibit L** a true and correct copy of a decision in *Medline Indus., Inc. v. C.R. Bard, Inc.*, No. 14 C 3618 (N.D. Ill. Feb. 11, 2015).

15. I have attached as **Exhibit M** a true and correct copy of an order in *ComplementSoft, LLC v. SAS Inst. Inc.*, No. 1:12-cv-07372 (N.D. Ill. May 8, 2013).

16.     No depositions have taken place or been noticed in this case. The only documents produced so far are those that T-Rex produced with its initial disclosures, regarding "communications to and from the [PTO] for the patents-in-suit" and "ownership and the right to enforce the patents-in-suit."

17.     On November 8, 2016, at 4:00 pm CST, I participated in a telephone conference with Jacob Graham, William Cory Spence, and Alok Parikh of SpencePC, counsel for Plaintiff T-Rex Property AB ("T-Rex"). I asked whether T-Rex would agree to a stay of the case and discovery pending resolution of BroadSign's petitions for IPR and CBMR, which challenge the validity of claims asserted in the Patents-in-Suit. Counsel for Plaintiff informed me that T-Rex would not agree to a stay of the case or of discovery.

18.     The named defendant, Adaptive Micro Systems, LLC, purchased its assets out of receivership on August 12, 2011.

Dated this 11th day of November, 2016.

/s/ David G. Hanson
David G. Hanson