# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| T-REX PROPERTY AB, <br><br> Plaintiff, <br><br> v. <br><br> ADAPTIVE MICRO SYSTEMS, LLC, <br><br> Defendant. | Judge Virginia M. Kendall <br><br> Civil Action No. 16-cv-5667 <br><br> *Document electronically filed* |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto hereby stipulate to the dismissal of this case with prejudice and without an award of attorneys' fees or costs to any party.

Dated: November 27, 2017

Agreed to by:

*/s/ William Cory Spence*_____
William Cory Spence (No. 6278496)
William.Spence@spencepc.com
Jacob Robert Graham (No. 6309125)
Jacob.Graham@spencepc.com
SpencePC
405 N. Wabash Ave., Suite P2E
Chicago, Illinois 60611
Telephone: 312-404-8882
Facsimile: 312-635-2299

*Counsel for Plaintiff*
*T-Rex Property AB*

*/s/ David G. Hanson*_____
WI State Bar ID No. 1019486
dhanson@reinhartlaw.com
James M. Burrows
WI State Bar ID No. 1084705
jburrows@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
Willis Tower
233 South Wacker Drive, 94th Floor
Chicago, IL 50505
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Defendant Adaptive Micro Systems, LLC*

## CERTIFICATE OF SERVICE

I, William Cory Spence, an attorney, certify that on November 27, 2017, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed with the United States District Court for the Northern District of Illinois Eastern Division.

/s/ William Cory Spence
William Cory Spence
